Case Number: 1:26-cv-01955-JKM Document Number: 3 User: DJ Printed: 7/14/2026 4:32:17 PM

Anthony I. Paronich
50 Lincoln St.
Suite 2400
Hingham,MA 02043

**FILED**
**SCRANTON**

JUL 3 0 2026

PER _____
DEPUTY CLERK

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF PENNSYLVANIA
WILLIAM J. NEALON FEDERAL BLDG. & U.S. COURTHOUSE
235 NORTH WASHINGTON AVENUE
P.O. BOX 1148
SCRANTON, PA 18501-1148

OFFICIAL BUSINESS

**RECEIVED**
**SCRANTON**

JUL 3 0 2026

PER _____
DEPUTY CLERK

HARRISBURG PA 1

15 JUL 2026 PM 2

US POSTA

ZIP 18501
02 7W
000802883

NIXIE            015    FC 1            0007/

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSE
UNABLE TO FORWARD

BC:  18501114848       *2923-03149