Case Number: 1:26-cv-01955-JKM Document Number: 3 User: CC Printed: 7/14/2026 4:03 FILED
PM

Anthony I. Paronich
50 Lincoln St.
Suite 2400
Hingham,MA 02043

SCRANTON

JUL 8 1/ 2026

PER_____
DEPUTY CLERK

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF PENNSYLVANIA
WILLIAM J. NEALON FEDERAL BLDG. & U.S. COURTHOUSE
235 NORTH WASHINGTON AVENUE
P.O. BOX 1148
SCRANTON, PA 18501-1148

OFFICIAL BUSINESS

**RECEIVED**
**SCRANTON**

JUL 3 0 2026

PER_____
DEPUTY CLERK

HARRISBURG PA 17
15 JUL 2026 PM 3 1

FIRST-CLASS

US POSTAGE

ZIP 18501 $
02 7W
0008028835

USMS X-RAY

NIXIE        015     FC 1            0007/2:
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 18501114848        *1519-07292-1