## <u>STATEMENT OF CONCURRENCE</u>
## <u>PURSUANT TO LOCAL RULE 7.1</u>

Counsel for Defendant HL Bowman, LLC certifies that, prior to filing this Motion, on July 29, 2026, counsel contacted Plaintiff's counsel by email to seek concurrence in the relief requested in this Motion. Counsel requested Plaintiff provide their position by Monday August 3, 2026. Plaintiff's counsel did not respond before this motion was filed.

Dated: August 5, 2026

Respectfully submitted,

**ARMSTRONG TEASDALE LLP**

By: _____

Michael C. Witsch (PA ID # 313884)
100 N. 18th Street, Suite 710
Philadelphia, PA 19103
267-780-2000
mwitsch@atllp.com

*Counsel for Defendant HL Bowman, LLC*