## CERTIFICATE OF SERVICE

I certify that on August 5, 2026, I caused a true and correct copy of the foregoing Defendant's Motion to Strike Class Allegations to be served on the following counsel of record via the Court's CM/ECF electronic filing system:

Jeremy C. Jackson (PA Bar No. 321557)
Bower Law Associates, PLLC
403 S. Allen St., Suite 210
State College, PA 16801
jjackson@bower-law.com

Anthony I. Paronich (pro hac vice pending)
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
anthony@paronichlaw.com

_____
Michael C. Witsch