**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DOMINIQUE GOINS, individually and on behalf of a class of all persons and entities similarly situated, | : : : : : | |
| Plaintiff, | : : | Civil Action No. 1:26-cv-01955 |
| v. | : : | Hon. Julia K. Munley |
| H.L. BOWMAN, LLC, | : : : | |
| Defendant. | : | |

---

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO STRIKE CLASS ALLEGATIONS**

AND NOW, this _____ day of _____, 2026, on consideration of Defendant H.L. Bowman, LLC's Motion to Strike Class Allegations and accompanying brief; Plaintiff's Opposition, if any; argument of counsel, if any; and for good cause shown, it is **ORDERED** that said Motion is **GRANTED.**

It is further **ORDERED** that certification of the proposed class is denied. It is further **ORDERED** that Paragraphs 36 through 53 of Plaintiff's Complaint are stricken.

_____

Munley, J.