# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DOMINIQUE GOINS, individually          :
and on behalf of a class of all        :
persons and entities                   :
similarly situated,                    :
                                       :
    Plaintiff,                   : Civil Action No. 1:26-cv-01955
                                       :
    v.                           : Hon. Julia K. Munley
                                       :
H.L. BOWMAN, LLC,                      :
                                       :
    Defendant.                   :

## NOTICE OF APPEARANCE

TO THE CLERK:

    Kindly enter my appearance on behalf of the Defendant H.L. Bowman, LLC in the above matter.

ARMSTRONG TEASDALE LLP

By:_____

Charles Hoyt, III (PA ID#331588)
100 N. 18th Street, Suite 710
Two Logan Square
Philadelphia, PA  19103
Tel: 267-780-2000
Fax: 215-405-9070
choyt@atllp.com
*Attorney for Defendant H.L. Bowman, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I, Charles Hoyt, III, hereby certify that a true and correct copy of the foregoing Notice of Appearance was served upon all counsel of record via the Court's electronic filing system.

_____
Charles Hoyt, III