# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOMINIQUE GOINS, individually and on behalf of a class of all persons and entities similarly situated, | : : : : : | |
| Plaintiff, | : : | Civil Action No. 1:26-cv-01955 |
| v. | : : | Hon. Julia K. Munley |
| H.L. BOWMAN, LLC, | : : | |
| Defendant. | : | |

## NOTICE OF APPEARANCE

TO THE CLERK:

   Kindly enter my appearance on behalf of the Defendant H.L. Bowman, LLC in the above matter.

                              ARMSTRONG TEASDALE LLP

                    By:_____
                              Timothy J. Bergère (PA ID#39110)
                              100 N. 18th Street, Suite 710
                              Two Logan Square
                              Philadelphia, PA  19103
                              Tel: 267-780-2000
                              Fax: 215-405-9070
                              tbergere@atllp.com
                    *Attorney for Defendant H.L. Bowman, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I, Timothy J. Bergère, hereby certify that a true and correct copy of the foregoing Notice of Appearance was served upon all counsel of record via the Court's electronic filing system.

_____

Timothy J. Bergère

Dated:  August 5, 2026